```
            UNITED STATES DISTRICT COURT
               DISTRICT OF MINNESOTA
             CIVIL NO. 25-906(DSD/DTS)
```

Sandra Jean Davidson, Trustee
for the Heirs and Next of Kin
of Nicholas Ross Davidson,

       Plaintiff,

**ORDER**

v.

Hennepin County, et al.,

       Defendants.

This matter is before the court upon the motions to dismiss by defendants. Based on a review of the file, record, and proceedings herein, and for the reasons stated on the record, the court finds that dismissal is not warranted.

Accordingly, consistent with the court's statements made on the record at the hearing, **IT IS HEREBY ORDERED that** the motions to dismiss [ECF Nos. 32 and 37] are denied.

Dated: October 09, 2025    /s David S. Doty
                                    David S. Doty, Judge
                                    United Stated District Court